IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 7 – 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-02529-BNB

FREDERICK W. BAUER, # 02706-090,

    Applicant,

v.

U.S. ATTORNEY GENERAL ["Sentenced to the 'Custody' of the"],

    Respondents.

---

## ORDER OF DISMISSAL

---

Applicant Frederick W. Bauer is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Correctional Institution in Littleton, Colorado. Mr. Bauer, acting *pro se*, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. In an order entered on October 27, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Bauer to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Bauer to submit Page Five of the § 2241 Application form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with a certificate showing the current balance in his prison account. Mr. Bauer was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On November 9, 2009, Mr. Bauer filed an objection to the October 27, 2009, Order. The Court construed the objection as filed pursuant to 28 U.S.C. § 636(b)(1)(A) and denied the objection. The Court, in the November 9, 2009, Order, allowed Mr. Bauer an additional twenty days to comply with the October 27, 2009, Order. Mr. Bauer was instructed that if he failed to comply with the October 27, 2009, Order within the time allowed the action would be dismissed without further notice.

Mr. Bauer now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure all noted deficiencies. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure all deficiencies.

DATED at Denver, Colorado, this 6th day of January, 2010.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02529-BNB

Frederick W. Bauer
Reg No. 02706-090
FCI - Englewood
9595 W. Quincy Ave
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  1/7/10

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk